IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                             4:11-CR-00129-01-JM

CHRISTIAN MALDONADO

### ORDER

For the same reasons set out in the August, 12, 2020 and September 8, 2020 Orders,[1] Defendant's Motion for Compassionate Release (Doc. No. 1037) is DENIED.

IT IS SO ORDERED, this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 1031, 1034.

1